IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00314-BNB

MARK JUSTIN DENNY,

    Plaintiff,

v.

DR. ERIC HUTCHINSON,
H. A. RIOS, JR., Warden,
R. WILEY, Warden,
ANY UNKNOWN PERSONS INVOLVED, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 16 2007

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Mark Justin Denny, is a prisoner in the custody of the United States Bureau of Prisons at ADX Florence. Mr. Denny initiated this action by filing a *pro se* Prisoner Complaint pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) alleging that his rights under the United States Constitution have been violated. The Court must construe the Complaint liberally because Mr. Denny is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Denny will be ordered to file an Amended Complaint.

The Court has reviewed the Complaint and finds that it is deficient because Mr. Denny fails to allege specific facts that demonstrate how all named Defendants personally participated in the asserted constitutional violations. Personal participation is

an essential allegation in a civil rights action. ***See Bennett v. Passic***, 545 F.2d 1260, 1262-63 (10th Cir. 1976). Therefore, Mr. Denny will be ordered to file an Amended Complaint and allege personal participation. To establish personal participation, Mr. Denny must show that each named Defendant caused the deprivation of a federal right. ***See Kentucky v. Graham***, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and a defendant's participation, control or direction, or failure to supervise. ***See Butler v. City of Norman***, 992 F.2d 1053, 1055 (10th Cir. 1993). A defendant may not be held liable on a theory of respondeat superior merely because of his or her supervisory position. ***See Pembaur v. City of Cincinnati***, 475 U.S. 469, 479 (1986); ***McKee v. Heggy***, 703 F.2d 479, 483 (10th Cir. 1983).

As for Plaintiff's request, filed February 14, 2007, that the Court enter an order directing ADX staff to provide him with legal copies, the request will be denied. Plaintiff states that he needs legal copies to provide to Defendants. The Court finds, however, that Plaintiff does not need to provide any copies directly to Defendants. He only is required, in the instant action, to provide to the Court copies of the Prisoner Complaint for the purpose of service on Defendants. In addition, Plaintiff does not have a constitutional right to photocopies and may hand-copy the Complaint, if necessary, so that he may provide the required copies to the Court for the purpose of service. Accordingly, it is

ORDERED that Mr. Denny file **within thirty days from the date of this Order** an Amended Complaint that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Denny, together with a copy of this Order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that if Mr. Denny fails within the time allowed to file an original and sufficient copies of an Amended Complaint that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice. It is

FURTHER ORDERED that the "Motion for Apponitment [sic] of Counsel" (Doc. No. 4), filed February 14, 2007, is denied as premature. It is

FURTHER ORDERED that Plaintiff's request, as set forth in the Notice (Doc. No. 5), filed February 14, 2007, is denied.

DATED March 16, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00314-BNB

Mark Justin Denny
Reg. No. 07757-046
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 3/16/07

GREGORY C. LANGHAM, CLERK

By: /s/ Andrea
Deputy Clerk