IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 4 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00314-BNB

MARK JUSTIN DENNY,

      Plaintiff,

v.

DR. ERIC HUTCHINSON,
H. A. RIOS, JR., Warden,
R. WILEY, Warden, and
ANY UNKNOWN PERSONS INVOLVED, et al.,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      On April 2, 2007, Plaintiff filed a Motion for Extension of Time and a Motion for a Copy of the Complaint. Plaintiff's Motions are GRANTED.

      The Clerk of the Court is directed to send to Plaintiff a copy of the Complaint and attachments Plaintiff filed with the Court on February 14, 2007, in Doc. No. 3. Plaintiff shall have thirty days from the date of this Minute Order to file an Amended Complaint with the Court. If Plaintiff fails to file an Amended Complaint within thirty days the Complaint and the action will be dismissed without further notice.

      Plaintiff also is instructed that in the future the Court will not provide him with copies of documents that he files with the Court. Plaintiff is responsible for maintaining copies of all documents that he submits to the Court.

Dated: April 4, 2007

Copies of this **Minute Order, and a copy of Plaintiff's original documents filed on February 14, 2007, in Doc. No. 3** were mailed on April 4, 2007, to the following:

Mark J. Denny
Reg. No. 07757-046
ADX - Florence
PO Box 8500
Florence, CO 81226

Secretary/Deputy Clerk