IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00314-ZLW

MARK JUSTIN DENNY,

    Plaintiff,

v.

DR. ERIC HUTCHINSON,
H. A. RIOS, JR., Warden,
R. WILEY, Warden, and
ANY UNKNOWN PERSON INVOLVED, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 3 1 2007

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's Motion for Criminal Complaint and his Motion for Default Judgment, both filed on August 31, 2007, are DENIED as inappropriate.

Dated: August 31, 2007

---

A copy of this Minute Order mailed on August 31, 2007, to the following:

Mark Justin Denny
Reg. No. 07757-046
MDC - Los Angeles
PO Box 1500
Los Angeles, CA 90053

                                                  */s/ Andrea*
                                                Secretary/Deputy Clerk